IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIAS GARCIA on behalf of himself, and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:18-cv-03669 |
| vs. | ) ) ) | Judge Virginia M. Kendall<br>Magistrate Judge Jeffrey T. Gilbert |
| TAX PROS LTD. d/b/a JACKSON HEWITT TAX SERVICE, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have reached a settlement to resolve this litigation, in its entirety. Plaintiff will file a stipulation of dismissal without prejudice within fourteen (14) days.

DATED: July 24, 2018                          Respectfully submitted,


                                              By: /s/Douglas M. Werman
                                               One of Plaintiff's Attorneys

Douglas M. Werman
**Werman Salas P.C.**
77 West Washington, Suite 1402
Chicago, Illinois 60602
Phone: (312) 419-1008
dwerman@flsalaw.com