# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIAS GARCIA on behalf of himself, and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Action No. 18-cv-3669 |
| ) vs. ) ) | Judge Kendall |
| TAX PROS LTD. d/b/a JACKSON HEWITT TAX SERVICE, ) ) ) ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Plaintiff, Elias Garcia, having commenced this action by filing his Complaint for alleged violations of the Fair Labor Standards Act, 29 U.S.C §201, *et seq.* (FLSA), and the Illinois Minimum Wage Law, 820 ILCS 105, *et seq.* (IMWL), and Defendant, Tax Pros Ltd. d/b/a Jackson Hewitt Tax Service having agreed to the entry of this Consent Judgment in resolution of disputed claims without trial or adjudication of any issue of fact or law herein:

NOW, THEREFORE, without trial and pursuant to the settlement agreement of the parties ("Settlement Agreement"), and upon the consent of the parties hereto, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction of the subject matter herein and of each of the parties consenting hereto. Plaintiff's Complaint (ECF No. 1) states a claim upon which relief can be granted against Defendant under the FLSA and IMWL.

2. On July 25, 2018 the parties entered into a Settlement Agreement. Defendant agreed that in the event that it defaulted on its obligation to make the payments as required by the Settlement Agreement, any unpaid settlement proceeds, plus attorneys' fees incurred in enforcing

the agreement, would be immediately reduced to a consent judgment in favor of Plaintiff and against Defendant.

3. To date, Defendant has failed to make the second installment payment due November 30, 2018 as set forth in the Settlement Agreement.

4. Defendant shall comply with the provisions of this Consent Judgment. Defendant shall pay to Plaintiff the gross amount of Five Thousand Dollars and Zero Cents ($5,000.00), as allocated in the parties' Settlement Agreement.

5. Defendant shall also pay Plaintiff's counsel the reasonable sum of $1,050.00 for attorneys' fees incurred in preparing and having this Consent Judgment entered.

6. Upon Defendant's payment of the judgment amount, Plaintiff shall file a satisfaction of judgment with the Court.

IT IS SO ORDERED AND ADJUDGED THIS 29th DAY OF JANUARY, 2019.

Honorable Judge Virginia Kendall
United States District Court