**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIAS GARCIA on behalf of himself, and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 18 CV 03669 |
| v. | ) ) ) | |
| TAX PROS LTD. d/b/a JACKSON HEWITT TAX SERVICE, | ) ) ) ) | |
| Defendant. | ) | |

**SATISFACTION/RELEASE OF JUDGMENT**

Plaintiff/Judgment Creditor Elias Garcia, by his attorneys, deems satisfied and releases

the Judgment entered on January 29, 2019, in his favor and against Defendant/Judgment Debtor

Tax Pros Ltd., d/b/a Jackson Hewitt Tax Service, in the amount of $5,000, plus $1,050 in fees.

Dated: April 9, 2019                     /s/ Douglas Werman
                                         Douglas Werman, Counsel for Plaintiff

**ORDER**

This matter coming on to be heard by agreement of the parties; the Court having been presented
with the above executed Satisfaction/Release of Judgment in connection with the judgment
entered on January 29, 2019, in this matter; and the Court having jurisdiction in this matter:

IT IS HEREBY ORDERED that the Judgment entered on January 29, 2019, against Defendant
Tax Pros Ltd., d/b/a Jackson Hewitt Tax Service is deemed satisfied and is hereby vacated.


Dated: April ___, 2019                   ENTER: _____
                                                **Judge**

Atty No.:   6193303
Name:       Arthur E. Rosenson
Atty for:   Defendant
Address:    111 E. Wacker Dr., Suite 2620
City/State: Chicago, IL 60601
Telephone:  312/552-8100